AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

11-1593-M

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For a Petty Offense) — Short Form |
| ANGELUCCI, VINCENT P | |
| 1210 HARDING BLVD | CASE NUMBER: PE56    1128664 |
| | USM NUMBER: |
| NORRISTOWN, PA 19401 | David T. Schnarrs, P.O.Box 1186, Pottstown PA 1946 |
| | Defendant's Attorney |

**THE DEFENDANT:** ANGELUCCI, VINCENT P

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 - Citation No. 1128664

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 C.F.R. 4.23(a)(2) | DUI, unsafe operation | 07/23, 2011 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| Total: 325.00 | Assessment $ 0.00 | Fine $ 300.00 | Processing Fee $ 25.00 |
| --- | --- | --- | --- |

Defendant's Soc. Sec. No.: ###-##-3698
Defendant's Date of Birth: 06/05/1963

JANUARY 27, 2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Defendant's Residence Address:
1210 Harding Boulevard
NORRISTOWN   PA   19401

JACOB P. HART, U. S. MAGISTRATE JUDGE
Name and Title of Judge

JANUARY 27, 2012
Date

Defendant's Mailing Address:
SAME AS ABOVE